Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

Case No. 6:20-cv-1053-40 EJK
*(to be filled in by the Clerk's Office)*

ERNEST R. Gibson, JR.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

GINA Rowland
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: ERNEST R. GIBSON, JR.
- All other names by which you have been known: N/A
- ID Number: 281824
- Current Institution: Tomoka Corr.
- Address: 3950 Tiger Bay Rd.
  Daytona Bch, FL 32124
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Gina Rowland
- Job or Title (if known): Release Classification Specialist
- Shield Number:
- Employer: Tomoka Corr. Inst.
- Address: 3950 Tiger Bay Rd.
  Daytona Bch, FL 32124
  City / State / Zip Code

[x] Individual capacity  [ ] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
  City / State / Zip Code

[ ] Individual capacity  [ ] Official capacity

PAGE 4 OF 11 CONT'D.

B.

Greetings, my medical grade been lowed to a P2, at Baker CI by A. Llorens, M.D., due to Baker CI is no longer a ADA facility, while in the infirmary for (6) six months, central office transfered Baker CI, a Re-Entry Inst., at that time Doctor A. Llorens had my medical grade changed my medical custody to a P2, Then I was approved on a "Good" Adjustment transfer to Union Corr. Inst.

After being here at Tomoka CI, I've been instructed to use sick call, to have my medical grade put back to a P3 so I may take advantage of U.C.I. PRIDE Work Re-Entry Program. I'm looking forward to now Training that status, the remaining of my incarceration. I'm following the instruction of TCI Administrations to have my medical grade lifted back to a P3, because I still remain cripple from the stroke I had.

I've been approved on a "Good Adjustment Transfer" to Union C.I. Then do to a neg., transfer to TCI the UCI transfer was cancelled.

(1 OF 2)

AFTER, RESERACHING CHAPTER 33 I couldn't find no where in there, where it stated "No inmate is to correspondse with a FCC staff, pertaining he well because then, I have been called from my court deadline from the Law Library to report to MS. Rowland, office. Upon my arrival she blessed me out w/ MS. C.S. Plumely, present. Stating she recieved a call from TCI, wakelin with her consent a call from A ADA coord, in regards of me correspondaing w/a staff member of ADA. Member pertaining the un-professional duties at TCI and for me not to corresponse w/ them again, per, the warden.

(2 of 2)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Tomoka Corr Inst., Class Dept.*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   *Asst. Warden*

2. What did you claim in your grievance?

   *Harassement*

3. What was the result, if any?

   *Denied*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *Filed Formal Grievance To The Warden*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   MORE HARASSMENT

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   LEGAL OFFICER (McGEE)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  *C. Calderon, SMD*
   Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *U.S. Dist. Ct. for the N. Dist.*

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   *2020*

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  *2020*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *Dismissed*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 24, 2020

Signature of Plaintiff: Ernest R. Gibson, Jr.
Printed Name of Plaintiff: ERNEST R. GIBSON, Jr.
Prison Identification #: 281824
Prison Address: 3450 Tiger Bay Rd.
Daytona Bch, FL 32124
   City                State   Zip Code

### B. For Attorneys

Date of signing: NA

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                City    State   Zip Code
Telephone Number
E-mail Address